Steve Reida
LANDOE, BROWN, PLANALP & REIDA, P.C.
27 N. Tracy Avenue
P.O. Box 1
Bozeman, MT 59771-0001
Telephone: (406) 586-4351
Email: steve@landoelaw.com

ATTORNEY FOR PLAINTIFF

## UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KEVIN BANKS, THE ESTATE OF FATIMAH )<br>AMATULLAH, THE ESTATE OF ROBERT )<br>LANGE, CLAUDE OULMAN, ANDRES )<br>ESCUDERO, ROBERT HEINS, CHRISTOPHER )<br>MOORE, ANNIE CHASINGHAWK, SOLOMON )<br>MUIGARI, DOUGLAS TAYLOR, ADELA )<br>LERMA, JEFFERY COLLINS, DARREN BOWEN, )<br>NATHANIEL PRATT, BARBARA CHRISTIAN, )<br>RON LANHAM, MONIQUE ARREDONDO, )<br>DAMON LEEDS, KATLIN DRISCOLL, FABIAN )<br>GARZA, MICHAEL ESTEP, DANIEL )<br>ARTUSHESKE, BRENDAN KING, BRYANT )<br>PAYNE, FRANCIS HABADAH, DEWAYNE )<br>AHRENDT, K.B., a minor, MOHAMED )<br>MOHAMED, WENDY GARZA, BRYAN )<br>HAYSOM, PERIS GACHERU, ERIC JACKSON, )<br>CHRISHAUNNA TOLIVER, JUAN )<br>TINOCORDOVA, TATE KAPPLE, RIMROCK )<br>STAGES, INC., GREYHOUND, INC., and )<br>JOHN DOES )<br>)<br>Defendants. ) | Case Number: 1:12-cv-00070-RFC<br><br>**NOTICE TO COURT OF WAIVERS RECEIVED BY CERTAIN DEFENDANTS** |

1

Plaintiff Zurich American Insurance Company hereby notifies the Court that Waiver of the Service of Summons has been received for the following Defendant: Adela Lerma.

See attached Exhibit 1, containing the waiver.

Further notice to the Court will be filed as additional Waivers are received.

Dated: August 31, 2012.     Respectfully submitted,

Zurich American Insurance Company

By: /s/ Steve Reida
    Landoe, Brown, Planalp & Reida, P.C.
    27 North Tracy
    P.O. Box 1
    Bozeman, Montana 59715
    E-mail: steve@landoelaw.com
    Phone: (406) 586-4351

## CERTIFICATE OF SERVICE

I hereby certify that, on the 31st day of August, 2012, a copy of the foregoing document was served on the following persons by the following means:

<u>1-8</u>  EM/ECF
___ Hand Delivery
___ Mail
___ Overnight Delivery Service
___ Fax
___ E-Mail

1. Clerk, U.S. District Court

2. Edward P. Moriarity
   Shandor S. Badaruddin
   Moriarity Badaruddin & Booke, LLC
   836 South Third Street West
   Missoula, MT 59801
   Email: shandor@mbblawfirm.com
   *Attorneys for Defendant Eric Jackson*

3. André Gurr
   Terrazas Law Offices, P.C.
   1923 S. Higgins
   Missoula, MT 59807
   Email: attorneys@terrazaslaw.com
   *Attorneys for Defendant Monique Arredondo*

4. Andrew D. Huppert, Esq.
   Steven S. Carey, Esq.
   Carey Law Firm, P.C.
   225 W. Broadway
   P.O. Box 8659
   Missoula, MT 59807-8659
   Email: andrew@carey-law.com
         steve@carey-law.com
   *Attorneys for The Estate of Robert Lange*

5. Bridget W. leFeber
   Berg, Lilly & Tollefson, P.C.
   One West Main Street
   Bozeman, MT 59715-4642
   Email: bridget@berglawfirm.com
   *Attorneys for Bryan Haysom*

6. Dwight J. Schulte
   Schulte Law Firm, P.C.
   2425 Mullan Rd.
   Missoula, MT 59808
   Email: Dwight@jschultelaw.com
   *Attorneys for Darren Bowen*

7. Milt Datsopoulos, Esq.
   Molly K. Howard, Esq.
   Datsopoulos, MacDonald, Lind, P.C.
   201 West Main Street, Suite 201
   Missoula, MT 59802
   Email: mhoward@dmllaw.com
         smiles@dmllaw.com
         dcable@dmllaw.com
   *Attorneys for Christopher Moore*

8. Francis Habadah
   77 South Washington Street
   Seattle, WA 98104
   fhabadah@gmail.com

3