EXHIBIT  1

Steve Reida
LANDOE, BROWN, PLANALP & REIDA, P.C.
27 N. Tracy Avenue
P.O. Box 1
Bozeman, MT 59771-0001
Telephone: (406) 586-4351
Email: steve@landoelaw.com
ATTORNEY FOR PLAINTIFF

## UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ) | Case No. 1:12-cv-00070-RFC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KEVIN BANKS, THE ESTATE OF FATIMAH ) | |
| AMATULLAH, THE ESTATE OF ROBERT ) | |
| LANGE, CLAUDE OULMAN, ANDRES ) | |
| ESCUDERO, ROBERT HEINS, CHRISTOPHER ) | |
| MOORE, ANNIE CHASINGHAWK, SOLOMON ) | |
| MUIGARI, DOUGLAS TAYLOR, ADELA ) | |
| LERMA, JEFFERY COLLINS, DARREN BOWEN, ) | |
| NATHANIEL PRATT, BARBARA CHRISTIAN, ) | |
| RON LANHAM, MONIQUE ARREDONDO, ) | |
| DAMON LEEDS, KATLIN DRISCOLL, FABIAN ) | |
| GARZA, MICHAEL ESTEP, DANIEL ) | |
| ARTUSHESKE, BRENDAN KING, BRYANT ) | |
| PAYNE, FRANCIS HABADAH, DEWAYNE ) | |
| AHRENDT, K.B., a minor,  , MOHAMED ) | |
| MOHAMED, WENDY GARZA, BRYAN ) | |
| HAYSOM, PERIS GACHERU, ERIC JACKSON, ) | |
| CHRISHAUNNA TOLIVER, JUAN ) | |
| TINOCORDOVA, TATE KAPPLE, RIMROCK ) | |
| STAGES, INC., GREYHOUND, INC. and JOHN ) | |
| DOES ) | |
| ) | |
| Defendants. ) | |

**WAIVER OF THE SERVICE OF SUMMONS**

1

To:   Adela Lerma, 6805 Hawthorne Drive, Moses Lake, WA 98837.

I have received your request to waive service of summons in this action along with a copy of the Complaint for Interpleader, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent must file and serve an answer or a motion under Rule 12 within 60 days from June 19, 2012, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 8-27-12 , 2012.

By: *Adela Lerma*
Adela Lerma

2